# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
# CIVIL ACTION NO. 3:08CV-P3-S

**GARRY BRENT BROCK**                                                                           **PETITIONER**

**v.**

**TOM DAILY, WARDEN**                                                                      **RESPONDENT**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised, **IT IS ORDERED** that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** and that the instant action is **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is **DENIED**.

The Court **certifies** that an appeal *in forma pauperis* would be frivolous and therefore not taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).

Petitioner shall direct any further request for certificate of appealability or to appeal *in forma pauperis* to the Sixth Circuit Court of Appeals pursuant to the requirements of Fed. R. App. P. 22(b) and 24, respectively.

There being no just reason for delay in its entry, this is a final and appealable Order.

Date:

cc:    Petitioner, *pro se*
       Counsel of Record
4411.005